# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ALLIANCE COMMISSION ENHANCEMENT, LLC,<br><br>               Plaintiff,<br><br>v.<br><br>PAUL ROBERTS and TAMARA ROBERTS,<br><br>               Defendants. | Civil Action No.: 1:23-cv-1101 |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff Alliance Commission Enhancement, LLC ("Plaintiff"), pursuant to Fed. R. Civ. P. 41, and voluntarily dismisses all claims against Defendants Paul Roberts and Tamara Roberts, with prejudice.

All parties to bear their own costs.

This the 19th day of March, 2024.

                                                /s/ Robert J. King III
                                                Robert J. King III
                                                N.C. Bar No. 15946
                                                rking@brookspierce.com

                                                *Attorney for Plaintiff*

OF COUNSEL:

BROOKS PIERCE MCLENDON
  HUMPHREY & LEONARD, L.L.P.
Post Office Box 26000
Greensboro, NC  27420
Telephone:  (336) 373-8850

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2024, I electronically filed the foregoing **Plaintiff's Notice of Voluntary Dismissal With Prejudice** with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to:

> Jeffrey S. Southerland
> Tuggle Duggins PA
> PO Box 2888
> Greensboro, NC  27402
> jsoutherland@tuggleduggins.com

This the 19th day of March, 2024.

By: /s/Robert J. King III
Robert J. King III